UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:91-cr-00326-GGH |
| ) Plaintiff, ) | ORDER TO DISMISS |
| ) v. ) | |
| ) HENRY DAVIS, ) | |
| ) Defendant. ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:91-cr-00326-GGH without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: April 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE